FILED

MAY 28 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNELL COX AK-2726
(Name of Plaintiff)

P.O. BOX 5005
(Address of Plaintiff)
Delano CA 93216

1:21-CV-860 BAM (PC)
(Case Number)

vs.

COMPLAINT

NORTH KERN ST PRISON

OFFICIALS OF THE GOVERNMENT

CORRECTIONAL OFFICERS
(Names of Defendants)

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

   B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

     1. Parties to this previous lawsuit:

       Plaintiff _____

       Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☑ Yes   ☐ No
   If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   ☐ Yes   ☑ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant **GOVERNMENT OFFICIALS** is employed as **CORRECTIONAL OFFICERS** at **NORTH KERN STATE PRISON**

B. Additional defendants **8 OTHER OFFICERS INVOLVED**
_____
_____
_____
_____

IV.     Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

I WAS BEATIN DOWN SOMTHING TERRIBLELY IT CERTAIN GAVE ME A NEW OUTLOOK AT LIFE THIS HAPPENED 5-13-21 I'LL NEVER EVER FORGET HOW I WAS TREATED THEY REFUSED TO CUFF ME INSTEAD THEY DRAGGED ME OUT OF ONE CELL THAT KICKED PUNCHED ON ME AND CALLED ME NIGGER BOY, SEVERAL TIMES I WAS IN THE CAGE WITH THE CAGE DOOR CLOSED AND MACED AGAIN I HAVE MORE BAD BACK INJURY I REFUSE TO LET THEM GET AWAY WITH HOW THEY VICIOUSLY BEAT ME DOWN BUT THEY COULDVE KILLED ME AND NOBODY WOULDVE KNOWN ANYTHING I HAVE WITNESSES BUT FIRST I WANT THIS MATTER THUROULLY INVESTIGATED BY INTERNAL AFFIARS BECAUSE THIS NEEDS TO COME OUT AND BE KNOWN

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

I WANT THE COURTS TO AWARD ME 11,000,000.00 DOLLARS "MILLION" THE DAMAGE THEY DID TO ME MENTALLY AND PHYSICALLY IS UNCORRETLY AND UNREPAIRABLE AND FOR INTERNAL AFFAIRS TO THORALLY INVESTIGATE THIS CASE I WOULD ALSO LIKE THE COURT TO FILE CRIMINAL CHARGES AGAINST GOVERNMENT OFFICIALS INVOLVED

Signed this __QC__ day of __SATURDAY__, 20__21__.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__5-21-21__                                    _____
(Date)                                                     (Signature of Plaintiff)

On 5-13-21 at North Kern St Prison approximently 6:45 while I was in a physical altercation with another inmate nick name "Poison" while standing uprightly I was Mace in the face gang tackled all I felt was fist and feet contantly kicking and pounding away at me the pain I've never felt before in my lifetime I was hollering extremely loud "Help" "Help" please no no they without cuffing lifted me up thats when I heard and felt my back snapp they bent my legs as far back in the oppisite direction as they could i was constantly hollering for mercy one coverment official slapped me in the face and called me "stated" (Shut the fuck up Nigger Boy) the pain which the inflicted on me was excruchiateing the next thing they did which is clearly violation of protocol is they beat and dragged to the next cell cuffed me threw me in the cell closed the cell door locked it and maced me again. I threw up continueally I did fill out a 602 Form concerning this ordeal I do have witness but they convicts the no video or write up and those who was involved dispersed after getting the maced out of my eyes this is just the beginning with your assistance i can move forward and sue for damages

Thank You